Howard Marc Spector
TBA#00785023
Nathan M. Johnson
TBA#00787779
SPECTOR & JOHNSON, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorjohnson.com

ATTORNEY FOR CIENA CAPITAL FUNDING, LLC, AS SERVICER
FOR BANK OF NEW YORK MELLON TRUST COMPANY, N.A.
F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **JONESBORO HOSPITALITY, LLC** | § | **CASE NO. 17-40311** |
| | § | |
| **Debtor** | § | |

### CIENA CAPITAL FUNDING, LLC'S WITNESS AND EXHIBIT LIST

COMES NOW, Ciena Capital Funding, LLC, as servicer for Bank of New York Mellon

Trust Company, N.A. ("**Ciena**") and files this Witness and Exhibit List relating to the hearing on

Debtor's Emergency Motion to Assume Construction Contract and Pay Contractor scheduled for

Tuesday, June 20, 2017.   Ciena hereby identifies the following witnesses and exhibits:

### *Witnesses*

1.    Payal Nanda, Principal for Jonesboro Hospitality, LLC

2.    Any witness designated by any other party.

3.    Any witness necessary for rebuttal.

### *Exhibits*

1.    All pleadings on file in this case.

2.    All schedules and statements of financial affairs on file in this case.

3.    Any exhibit designated by any other party.

4.      Any exhibit necessary for rebuttal.

Submitted on June 16, 2017.

Respectfully submitted,

By:      /s/ *Howard Marc Spector*
        Howard Marc Spector
        TBA #00785023
        Nathan M. Johnson
        TBA #00787779

SPECTOR & JOHNSON, PLLC
Banner Place, Suite 1100
12770 Coit Road
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorjohnson.com

ATTORNEY FOR CIENA CAPITAL
FUNDING, LLC, AS SERVICER FOR
BANK OF NEW YORK MELLON TRUST
COMPANY, N.A., F/K/A THE BANK OF
NEW YORK TRUST COMPANY, N.A.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served via electronic means to all parties and counsel receiving ECF notification on this the 16th day of June, 2017.

     /s/ *Howard Marc Spector*
    Howard Marc Spector