Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, TX 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| JONESBORO HOSPITALITY, LLC, | § § | CASE NO. 17-40311-BTR |
| Debtor. | § § | Chapter 11 |

### DEBTOR'S WITNESS AND EXHIBIT LIST

COMES NOW Jonesboro Hospitality, LLC, Debtor in the above-styled and numbered bankruptcy case ("Debtor") and files this its Witness and Exhibit List for the hearing scheduled on July 20, 2018.

### Witnesses

At the hearing, the Debtor may call the following persons to testify as witnesses:

1. Payal Nanda
2. Any witness designated by any other party

### Exhibits

At the hearing the Debtor may present one or more of the following exhibits:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Docket Sheet | | |
| 2 | Motion for Relief from Automatic Stay Regarding Cash Collateral [Docket No. 146] | | |
| 3 | Debtor's Response to Motion for Relief from Automatic Stay Regarding Cash Collateral [Docket No. 149] | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 4 | Ciena Capital Funding, LLC, as Servicer for Bank of New York Mellon Trust Company, N.A. f/k/a The Bank of New York Trust Company, N.A.'s Combined Plan of Liquidation and Disclosure Statement [Docket No. 106] | | |
| 5 | Ciena Capital Funding, LLC, as Servicer for Bank of New York Mellon Trust Company, N.A. f/k/a The Bank of New York Trust Company, N.A.'s Combined Plan of Liquidation and Disclosure Statement [Docket No. 108] | | |
| 6 | Order Confirming Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [Docket No. 136] | | |
| 7 | Letter Objection to Motion for Relief dated June 28, 2018 from City Water and Light of Jonesboro, Arkansas [Docket No. 150] | | |
| 8 | Schedules of Assets and Liabilities, and any amendments | | |
| 9 | Final Order for Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code and Providing Adequate Protection and Granting Liens and Security Interests [Docket No. 51] | | |
| 10 | Monthly Operating Reports for January through April, 2018 | | |
| 11 | Any exhibits identified by any other party | | |

Debtor reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Debtor further reserves the right to supplement this list prior to the hearing.


Dated: July 17, 2017.

    Respectfully Submitted

    */s/ Joyce W. Lindauer*
    Joyce W. Lindauer
    State Bar No. 21555700
    Joyce W. Lindauer Attorney, PLLC
    12720 Hillcrest Road, Suite 625
    Dallas, TX 75230
    Telephone: (972) 503-4033
    Facsimile: (972) 503-4034
    ATTORNEYS FOR DEBTOR

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 17, 2018, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon the parties listed below.

Joyce W. Lindauer
joyce@joycelindauer.com,
dian@joycelindauer.com;sarah@joycelindauer.com;marlo@joycelindauer.com

David McCall
bankruptcy@ntexas-attorneys.com

Timothy W. O'Neal
Timothy.W.O'Neal@USDOJ.GOV, USTPRegion06.TY.ECF@USDOJ.GOV

Marcus Salitore
marc.f.salitore@usdoj.gov

Howard Marc Spector
hspector@spectorjohnson.com, sshank@spectorjohnson.com;ahawkins@spectorjohnson.com

Ruth Harris Yeager
USATXE.BankECFTyl@usdoj.gov;betty.lynch@usdoj.gov

    */s/ Joyce W. Lindauer*
    Joyce W. Lindauer